**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, ) ) ) )<br><br>        Plaintiff, )<br>        )<br>    v. )<br>        )<br>INTERNAL REVENUE SERVICE, U.S. )<br>DEPARTMENT OF THE TREASURY, )<br>        )<br>        Defendant. ) | Civil Action No. 26-2104 (RBW) |

**ORDER**

In accordance with the oral rulings issued at the telephonic status conference held on July 1, 2026, it is hereby

**ORDERED** that, with the consent of the parties and consistent with the parties' Stipulation, ECF No. 18, the Plaintiff's Motion for a Preliminary Injunction, ECF No. 12, is **HELD IN ABEYANCE**. It is further

**ORDERED** that, on or before July 7, 2026, the parties shall submit a joint proposed briefing schedule for summary judgment. If the parties are unable to agree upon a joint proposed schedule, each party shall submit its own proposed schedule. It is further

**ORDERED** that, on July 8, 2026, at 11:00 a.m., the parties shall appear before the Court for a scheduling conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 1st day of July, 2026.

REGGIE B. WALTON
United States District Judge

1