**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001,<br><br>                  Plaintiff,<br><br>        v.<br><br>INTERNAL REVENUE SERVICE<br>U.S. DEPARTMENT OF TREASURY<br>1111 Constitution Avenue N.W.<br>Washington, D.C. 20224,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:26-cv-02104-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's July 1, 2026 Order directing the parties to provide a briefing schedule, the parties have conferred, but could not agree upon a briefing schedule. Plaintiff proposes the following:

1. July 16, 2026: Plaintiff's First Amended Complaint;

2. August 18, 2026: Plaintiff's motion for summary judgment;

3. September 1, 2026: Defendant's opposition to Plaintiff's motion and cross-motion for summary judgment;

4. September 15, 2026: Plaintiff's opposition to Defendant's cross-motion for summary judgment and reply in support of Plaintiff's motion;

5. September 25, 2026: Defendant's reply in support of their cross-motion for summary judgment.

Plaintiff was informed that Defendant has already violated the terms of the parties' June 30, 2026 Stipulation by removing Plaintiff's materials from general use spaces late last week and then again early this week. Further, the concern raised with the Court during the July 1, 2026 conference call—IRS blocking emails to and from NTEU, as well as access to NTEU's website—persists. Defendant's immediate violation of the agreed upon Stipulation and additional blocking of Plaintiff's electronic communications demonstrate the need to both amend the complaint and proceed to briefing. Accordingly, Plaintiff requests this schedule to allow for sufficient time for briefing and facilitate a prompt resolution through a legal ruling.

Respectfully submitted,

*/s/ Paras N. Shah*
PARAS N. SHAH
General Counsel
D.C. Bar 983881

*/s/ Allison C. Giles*
ALLISON C. GILES
Associate General Counsel
D.C. Bar 439705

*/s/ Jessica Horne*
JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

*/s/ Lindsay Dunn*
LINDSAY DUNN
Assistant Counsel
D.C. Bar 90036066
Admitted Pro Hac Vice

NATIONAL TREASURY
EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
paras.shah@nteu.org
allie.giles@nteu.org

jessica.horne@nteu.org
lindsay.dunn@nteu.org

*Counsel for Plaintiff NTEU*