

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

CHIEF
FACILITIES MANAGEMENT &
SECURITY SERVICES

August 4, 2026

MEMORANDUM FOR ALL EMPLOYEE DISTRIBUTION

FROM:                 John Pekarik
                      Acting Chief
                      Facilities Management and Security Services (FMSS)

SUBJECT:              Approval Requirements for Posting Materials in Common Areas
                      and on Bulletin Boards in IRS buildings

In recognition of our commitment to maintaining a professional, respectful, and mission-focused workplace, the IRS seeks to ensure that information displayed throughout its facilities is appropriate, consistent, and aligned with applicable federal laws, regulations, and IRS policies. Renewal and enforcement of the policy statements in this memorandum will take effect five days after publication. All previous directives regarding posting materials in IRS facilities are superseded.

Authorities:

- 5 CFR Part 2635, *Standards of Ethical Conduct for Employees of the Executive Branch*
- 6 CFR § 139.60, *Posting and Distributing Materials*
- 31 CFR § 0.214, Conduct while on Government Property
- IRM 10.2.1, *Physical Security Program*
- IRM 10.2.14, *Methods of Providing Protection*
- IRM 1.14.6, *Real Estate and Space Management*

FMSS retains exclusive authority over posting and displays of materials in common areas or on designated bulletin boards of IRS facilities, and will only authorize agency-sponsored materials, with the exception of non-agency materials mandated by law. Employees are not authorized to post written materials in IRS facilities.

Nothing in this memorandum restricts employees from displaying personal items within their individually assigned workspaces, provided such displays are consistent with applicable IRS policies and do not conflict with the *Standards of Ethical Conduct for Employees of the Executive Branch* (5 CFR Part 2635); Equal Employment Opportunity and anti-harassment requirements; applicable Parts of the Internal Revenue Manual (IRM); and environmental health and safety considerations.

2

These longstanding requirements promote consistent communications, preserve the professional appearance and efficient management of IRS facilities, protect Government property, and support the safe, secure, and effective operation of IRS workplaces.

Questions regarding this memorandum and posting processes should be directed to the appropriate local FMSS Security Section Chief or designated FMSS representative. To identify your representative please visit the [FMSS Post of Duty Coverage Tool](#).

**Distribution:**
Chief Executive Officer of Internal Revenue
Chief of Staff
National Taxpayer Advocate
Chief, IRS Independent Office of Appeals
Chief Human Capital Officer
Chief Counsel
Chief, Communications and Liaison
Chief, Taxpayer Services
Chief Information Officer
Chief, Criminal Investigation
Chief Tax Compliance Officer
Chief Financial Officer
Chief Risk and Control Officer
Chief Data and Analytics Officer
Chief of Internal Consulting

cc: IG Coordinator for Office of Servicewide Policy, Directives and Electronic Research