**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION<br>800 K Street N.W., Suite 1000<br>Washington, D.C.  20001,<br><br>           Plaintiff,<br><br>        v.<br><br>INTERNAL REVENUE SERVICE<br>U.S. DEPARTMENT OF TREASURY<br>1111 Constitution Avenue N.W.<br>Washington, D.C. 20224,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:26-cv-02104-RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE
OF MATERIAL CHANGE IN POLICY**

Plaintiff National Treasury Employees Union (NTEU) files this response to IRS's notice

of a new August 4, 2026 policy on what materials may be posted in the workplace. *See*

*Defendant's Notice of a Change in Policy* (ECF No. 26).

NTEU is receiving conflicting information about this latest IRS policy. The language of

the August 4 policy says, for example, that the only materials that may be posted in IRS

workplace common areas are "agency-sponsored materials," which the IRS interprets as

"materials created at the behest of the IRS and for the purpose of IRS business." But the IRS's

Facilities Management and Security Services is posting notices telling employees, in contrast to

the August 4 policy, that it may approve "non-agency-sponsored materials for display in common

areas." *See* Ex. 1. NTEU is conferring with IRS counsel and hopes to reach agreement about

what the August 4 policy means and how it is being applied across the agency. NTEU might

challenge this policy if it believes that it is merely a facade for viewpoint-based discrimination.

NTEU will continue to confer with IRS counsel and intends to file a request for a modified schedule in this case by Friday August 14, 2026. That proposed schedule may include dates for an amended complaint and any appropriate motions briefing.

Respectfully submitted,

*/s/ Paras N. Shah*
PARAS N. SHAH
General Counsel
D.C. Bar 983881

*/s/ Allison C. Giles*
ALLISON C. GILES
Associate General Counsel
D.C. Bar 439705

*/s/ Jessica Horne*
JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

*/s/ Lindsay Dunn*
LINDSAY DUNN
Assistant Counsel
D.C. Bar 90036066

NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C.  20001
(202) 572-5500
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org
lindsay.dunn@nteu.org

August 10, 2026                    Counsel for Plaintiff NTEU

2

# Exhibit One



# FMSS must approve materials displayed in common areas throughout IRS facilities

Published 8/5/2026

In support of maintaining a professional, respectful and mission-focused workplace, Facilities Management and Security Services (FMSS) has issued an updated memorandum (PDF 182KB) reaffirming the approval requirements for displaying materials in common areas and on designated bulletin boards throughout IRS facilities. These requirements promote consistent workplace communications and help ensure that materials displayed in these areas comply with applicable federal laws, regulations and IRS policies.

Facility Management and Security Services (FMSS) must approve all agency-sponsored and non-agency-sponsored materials for display in common areas and throughout IRS facilities.

Employees may continue displaying personal items within **individually assigned workspaces** if the displays comply with applicable IRS policies and do not conflict with:

- security,
- ethics,
- facilities management,
- government property,
- equal employment opportunity,
- anti-harassment,
- employee relations, or
- other applicable requirements.

**What you should know**

- These policies and requirements apply only to shared workplace areas.

- Follow established FMSS approval procedures before posting materials in shared workplace areas.
- Coordinate with your local FMSS security section chief or designated FMSS representative, as appropriate.
- Ensure materials comply with applicable federal regulations and IRS policies.

**Resources**

- [Approval Requirements for Posting Materials in Common Areas and on Bulletin Boards in IRS Buildings (PDF 182KB)](#)
- [FMSS Post of Duty Coverage Tool](#)

*(Submitted by HCO – Human Capital Office)*

What do you think of this article? Take our quick [survey](#).